DEBTOR: Emerita Rivero          JOINT DEBTOR:                              CASE NO.:
Last Four Digits of SS# 1036          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 122.93 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 = $4425 TOTAL PAID $ 2000 Balance Due $ 2425
    payable $ 97/month (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date   $
Address:                             Arrears Payment    $           /month (Months        to      )
                                     Regular Payment    $           /month (Months        to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| National City Bank<br>1 Financial Pkwy<br>Kalamazoo, MI 49009<br>Account No: xxxx6842 | 736 NW 49 Street, Miami, FL 33127<br>$198,000 | 0% | n/a | N/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due  $
    Payable   $          /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 13.63/month (Months 1 to 25) and Pay $ 110.63 /month (Months 26 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing LLC. and will continue to pay said creditor directly outside the chapter 13 bankruptcy.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 09-11-2015                                     Date:

LF-31 (rev. 01/08/10)