Robert Sanchez (954) 534-4548

# ENGAGEMENT LETTER

Date: July 30, 2015
Client: Emerita Rivera
Address: 736 NW 49 Street, Miami, FL 33127

RE: Appraisal of  736 NW 49 Street, Miami, FL 33127

Dear  Emerita Rivera  ,

Pursuant to your request, we are happy to submit a proposal for the appraisal of the property located at
736 NW 49th St, Miami, FL 33127 .

The appraisal shall be prepared for  Emerita Rivera
and is for the sole and exclusive use of  Emerita Rivera .
We request that you seek our written authorization before releasing the report to any other party.

The assignment will be to formulate an opinion of market value for the property. The legal property appraised would be the
Simple Interest  interest. The property will be valued as of  July 30, 2015 .

The appraisal will be prepared in accordance with the Uniform Standards of Professional Appraisal Practice. Attached to this letter you will find a copy of our Statement of Limiting Conditions and Appraiser`s Certification which are attached to all appraisals prepared by this office. Please review and initial each attached page and return the executed copy to us indicating your acceptance and approval of our Limiting Conditions and Appraiser`s Certification.

The estimated completion date of the appraisal is  August 15, 2014 .
We can only complete the appraisal by this date if we receive from you in a timely manner any relevant information needed for the preparation of the report. In order to complete this appraisal, the following information will be needed:

We will furnish you with  1  copies of the appraisal report. Our fee for this appraisal will be $  300.00  .
This fee  [X] does  [ ] does not  include the cost of certain expenses that may be incurred in the preparation of the report.
If expenses are not included, a bill for these expenses will be provided to you upon completion of the report.

[X] A retainer in the amount of $  300.00  must be paid to this office before we can commence the preparation of this report.
[ ] A bill for the $ _____ appraisal fee will be presented and immediate payment will be requested at the time the report is completed.
[ ] A bill for the appraisal fee of $ _____ along with any other expenses incurred will be presented to you along with the completed report.

We will proceed with the preparation of this appraisal upon receipt of a signed copy of this letter and an initialed copy of the Statement of Limiting Conditions and Appraiser`s Certification. If you have any questions about anything contained in this letter or in any of the attachments, please give us a call.

Sincerely,

*[signature]*

Roberto Sanchez

Engagement Letter Accepted:

Emerita Rivera    7/30/2015
(client signature)   (date)

Form ENG2_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 736 NW 49th St |
| | Legal Description | Bay Vista Park AMD PL PB10-5 Lot 5 Blk 6 Lot Size 50.000 x 100 Or 19788-2726 07 2001 4 COC 25516-1355 |
| | City | Miami |
| | County | Miami-Dade |
| | State | FL |
| | Zip Code | 33127 |
| | Census Tract | 17.02 |
| | Map Reference | 33124 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ N/A |
| | Date of Sale | N/A |

| CLIENT | | |
|---|---|---|
| | Borrower | |
| | Lender / Client | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | |
| | Price per Square Foot | $ |
| | Location | Interior |
| | Age | 51 Years |
| | Condition | Average |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 2 |

| APPRAISERS | | |
|---|---|---|
| | Appraiser | Roberto Sanchez |
| | Supervisory or Co-Appraiser | |
| | Effective Date of Appraisal | July 30, 2015 |

| VALUE | | |
|---|---|---|
| | Opinion of Value | $ 198,000 |

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
736 NW 49th St
Miami, FL 33127
Bay Vista Park AMD PL PB10-5 Lot 5 Blk 6 Lot Size 50.000 x 100 Or 19788-2726 07 2001 4 COC 25516-1355 12 2006 1

### FOR
Emerita Rivera
736 NW 49 Street
Miami, Fl 33127

### AS OF
July 30, 2015

### BY
Roberto Sanchez
TKJ Associates / Appraisal Services
9932 SW 16 Street
Pembroke Pines, FL 33025
(954) 534-4548
robert@tkjappraisals.com
www.tkjappraisals.com

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: RS1507018

## SUBJECT

| Field | Value |
|---|---|
| Property Address: | 736 NW 49th St |
| City: | Miami |
| State: | FL |
| Zip Code: | 33127 |
| County: | Miami-Dade |
| Legal Description: | Bay Vista Park AMD PL PB10-5 Lot 5 Blk 6 Lot Size 50.000 x 100 Or 19788-2726 07 2001 4 COC 25516-1355 12 2006 1 |
| Assessor's Parcel #: | 01-3124-001-1040 |
| Tax Year: | 2014 |
| R.E. Taxes: $ | 1,726.89 |
| Special Assessments: $ | None Known |
| Borrower (if applicable): | |
| Current Owner of Record: | Emerita Rivera |
| Occupant: | ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing |
| Project Type: | ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) Single Family Residence |
| HOA: $ | N/A ☐ per year ☐ per month |
| Market Area Name: | Bay Vista Park |
| Map Reference: | 33124 |
| Census Tract: | 0023.00 |

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Homeowner's personal use to determine current market value for a bankruptcy consideration.

Intended User(s) (by name or type): Emerita Rivera

Client: Emerita Rivera    Address: 736 NW 49 Street, Miami, Fl 33127

Appraiser: Roberto Sanchez    Address: 9932 SW 16 Street, Pembroke Pines, FL 33025

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE | AGE | One-Unit | 85 % | ☒ Not Likely |
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | $(000) | (yrs) | 2-4 Unit | 5 % | ☐ Likely * ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 70 | | | Multi-Unit | 5 % | * To: |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☒ Tenant 25 | 47 Low 51 | | Comm'l | 5 % | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☒ Vacant (0-5%) | 249 High 90 | | | % | |
| Marketing time: | ☐ Under 3 Mos. | ☐ 3-6 Mos. | ☒ Over 6 Mos. | ☐ Vacant (>5%) | 200's Pred 1960's | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject is bound to the north by NW 54 Street, to the East by N.W. 1 Avenue. to the South by N.W. 41 Street and to the West by N.W.12 Ave. The subject property is situated within reasonable proximity to major amenities such as schools, employment facilities, recreational facilities, shopping, public transportation, and service facilities. A thorough research was performed of the subject's immediate area, this research indicated the subject is located in an average market place in which residential properties similar to the subject take approximately over 6 months to sell, There appears to be stability in property values and a balance of properties for sale. These figures were obtained from the appraisers observation of the marketing time for listings and sales within the immediate area.

## SITE DESCRIPTION

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Dimensions: | 50.000 x 100 | | Site Area: | 5,000 Sq.ft. |
| Zoning Classification: | 0101 Residential-Single Family : 1 Unit | | Description: | 0100 Single Family - General |
| Zoning Compliance: | ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning | | | |
| Are CC&Rs applicable? | ☐ Yes ☒ No ☐ Unknown | Have the documents been reviewed? ☐ Yes ☐ No | Ground Rent (if applicable) | $ / |
| Highest & Best Use as improved: | ☒ Present use, or ☐ Other use (explain) | Single Family Residence | | |
| Actual Use as of Effective Date: | Single Family Residence | Use as appraised in this report: | Single Family Residence | |
| Summary of Highest & Best Use: | Highest and Best use is as a Single Family Residence / Current Use. | | | |

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Slight Upward Slope |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | N/A |
| Gas | ☐ | ☒ | | Curb/Gutter | Yes | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | | Sidewalk | Yes | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Yes / Wood Pole | ☐ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | | Alley | No | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 12086C0304L    FEMA Map Date 9/11/2009

Site Comments: The subject site is rectangular in shape, situated on the interior of the block. Entry and egress from street is found to be unproblematic. No Adverse environmental conditions were observed at time of inspection. Subject property has an electrical easement which is common for the neighborhood.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete Slab | Slab | Concrete | Area Sq. Ft. | | Type | Electric |
| # of Stories | 1 | Exterior Walls | CBS / Avg | Crawl Space | None | % Finished | | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Flat / Shingle | Basement | None | Ceiling | | | |
| Design (Style) | 1 Story / Detach | Gutters & Dwnspts. | None | Sump Pump | ☐ | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | S. Hung/Awning | Dampness | ☐ | Floor | | Central | A/C |
| Actual Age (Yrs.) | 51 | Storm/Screens | No / Open Patio | Settlement | | Outside Entry | | Other | Wall |
| Effective Age (Yrs.) | 40 Years | | | Infestation | None Observe | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☒ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | C. Tile / Avg | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # None | Woodstove(s) # | Garage # of cars ( Tot.) | |
| Walls | Plaster / Avg | Range/Oven | ☒ | Drop Stair | ☐ | Patio Open | | Attach. | |
| Trim/Finish | C.Tile / Avg | Disposal | ☐ | Scuttle | ☐ | Deck None | | Detach. | |
| Bath Floor | C.Tile / Avg | Dishwasher | ☒ | Doorway | ☐ | Porch Covered | | Blt.-In | |
| Bath Wainscot | C.Tile / Avg | Fan/Hood | ☐ | Floor | ☐ | Fence Iron Gate | | Carport | |
| Doors | Wood / Avg | Microwave | ☐ | Heated | ☐ | Pool None | | Driveway X Asphalt | |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface | |

Finished area **above** grade contains: 6 Rooms    3 Bedrooms    2 Bath(s)    1,668 Square Feet of Gross Living Area Above Grade

Additional features: Wood Cabinets, Ceramic Tile & Formica Countertops in Kitchen. Ceramic tile flooring thru all living areas.

Describe the condition of the property (including physical, functional and external obsolescence): Subject property appeared to have been properly maintained and was found to be in average condition.as of date of inspection. Appraiser recommends owner to contract a home inspector for full home inspection including roof. Construction Quality is typical of area comparables. Effective Age Is Based On Physical Depreciation.

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: RS1507018

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Homeowner / County Records / Tax Records

**1st Prior Subject Sale/Transfer**
- Date: April 8, 2007
- Price: $ 269,000 / (DEE)
- Source(s): County Records

**2nd Prior Subject Sale/Transfer**
- Date: August 28, 2006
- Price: $165,000 (DEE)
- Source(s): County Records

Analysis of sale/transfer history and/or any current agreement of sale/listing: Analysis of prior sales of the subject and comparable sales, indicate that the subject neighborhood appears to be family oriented with prior sales ranging from 1 - 10 years. Although investors may be present, the general trend indicate predominantly a family oriented neighborhood.

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 736 NW 49th St, Miami, FL 33127 | 560 NW 47th Ter, Miami, FL 33127 | | 575 NW 45th St, Miami, FL 33127 | | 36 NW 46th St, Miami, FL 33127 | |
| Proximity to Subject | | 0.25 miles SE | | 0.31 miles SE | | 0.79 miles E | |
| Sale Price | $ N/A | $ 212,000 | | $ 189,000 | | $ 190,000 | |
| Sale Price/GLA | $ 140.17 /sq.ft. | $ 120.94 /sq.ft. | | $ 118.20 /sq.ft. | | $ 125.74 /sq.ft. | |
| Data Source(s) | Tax / County Rec. | MLS-A2049991 / County Rec. | | MLS-A2078272 / County Rec. | | MLS-A1982936 / County Rec. | |
| Verification Source(s) | Interior Inspection | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | Not Applicable, None Known | FHA / Seller Concession | -7,000 | Cash, None Known | | Conventional, None Known | |
| Date of Sale/Time | N/A | 3/31/2015 | | 4/29/2015 | | 3/31/2015 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Interior | Interior | | Interior | | Interior | |
| Site | 5,000 Sq.ft. | 5,000 Sq.ft. | | 8,175 Sq.ft. | -6,350 | 5,450 Sq.ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1 Story / Detach | 1 Story / Detach | | 1 Story / Detach | | 1 Story / Detach | |
| Quality of Construction | CBS / Shingle | CBS / Shingle | | CBS / Shingle | | CBS / Shingle | |
| Age | 51 | 51 Years | | 80 Years | | 79 Years | |
| Condition | Poor | Average | | Average | | Average | |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 2 | Total 5 / Bdrms 3 / Baths 2 | | Total 7 / Bdrms 3 / Baths 2 | | Total 5 / Bdrms 2 / Baths 1 | +3,500 |
| Gross Living Area | 1,668 sq.ft. | 1,753 sq.ft. | -2,100 | 1,599 sq.ft. | +1,700 | 1,511 sq.ft. | +3,900 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 1 Car Garage | 1 Car Garage | | None | +4,500 | 1 Car Garage | |
| Porch/Patio/Deck | Open Patio | Open Patio | | Open Patio | | Open Patio | |
| In-Ground Pool | None | None | | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -9,100 | ☐ + ☒ − | $ -150 | ☒ + ☐ − | $ 7,400 |
| Adjusted Sale Price of Comparables | | Net 4.3 % Gross 4.3 % | $ 202,900 | Net 0.1 % Gross 6.6 % | $ 188,850 | Net 3.9 % Gross 3.9 % | $ 197,400 |

Summary of Sales Comparison Approach: The comparable sales utilized are considered good indicators of the subject's estimated market value. Comparable properties utilized are similar in design, appeal and quality of construction. Sales recited are from the subject's neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found. All values affecting dissimilarities were adjusted according to market reaction. Secondary market standards for net and gross adjustment percentages were met. The indicated range of values brackets the value of the subject. Equal consideration was given to all comparables in formulating an opinion of value due to being the most recent comparable sales within the subject's neighborhood.

Indicated Value by Sales Comparison Approach $ 198,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: RS1507018

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):
See attached sketch for floor plan layout, room count and gross living area calculations.
The subject's site value has been derived from Broward County Property Appraisers Property Records.

**\*\* COST APPROACH IS NOT INTENDED FOR INSURANCE PURPOSES.**

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................. =$ 23,856 |
| Source of cost data: | DWELLING    Sq.Ft. @ $ ____ =$ ____ |
| Quality rating from cost service:  Effective date of cost data: | Sq.Ft. @ $ ____ =$ ____ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ ____ =$ ____ |
| | Sq.Ft. @ $ ____ =$ ____ |
| | Sq.Ft. @ $ ____ =$ ____ |
| | =$ ____ |
| | Garage/Carport    Sq.Ft. @ $ ____ =$ ____ |
| | Total Estimate of Cost-New    =$ ____ |
| | Less  Physical  Functional  External |
| | Depreciation    =$( ____ ) |
| | Depreciated Cost of Improvements    =$ ____ |
| | "As-is" Value of Site Improvements    =$ ____ |
| | =$ ____ |
| | =$ ____ |
| Estimated Remaining Economic Life (if required): ____ Years | INDICATED VALUE BY COST APPROACH    =$ ____ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ ____    X  Gross Rent Multiplier ____    = $ ____    Indicated Value by Income Approach ____

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ **198,000**    Cost Approach (if developed) $ **N/A**    Income Approach (if developed) $ **N/A**

Final Reconciliation    Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. This approach is given all emphasis in the reconciliation. The Cost Approach and the Income Approach were not considered for this assignment.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **198,000**, as of: **July 30, 2015**, which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains **18** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work    ☒ Limiting Cond./Certifications    ☐ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☐ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions

Client Contact:  **Nataly**    Client Name:  **Emerita Rivera**
E-Mail:  **nvalle@bankruptcyclinic.com**    Address:  **736 NW 49 Street, Miami, Fl 33127**

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Roberto Sanchez | Supervisory or Co-Appraiser Name: |
| Company: TKJ Associates / Appraisal Services | Company: |
| Phone: (954) 534-4548    Fax: | Phone:    Fax: |
| E-Mail: robert@tkjappraisals.com | E-Mail: |
| Date of Report (Signature): 08/25/2015 | Date of Report (Signature): |
| License or Certification #: RD7707    State: FL | License or Certification #:    State: |
| Designation: State Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 11/30/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: July 30, 2015 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

Roberto Sanchez  (954) 504-4548

# FIRREA / USPAP ADDENDUM

| | |
|---|---|
| Borrower | File No. RS1507018 |
| Property Address | 736 NW 49th St |
| City  Miami | County  Miami-Dade   State  FL   Zip Code  33127 |
| Lender/Client | |

**Purpose**
As requested by the Client, the Function of this Appraisal Report is for determination of market value to assist in a bankruptcy proceeding.

**Scope of Work**
See Below Additional Comments.

**Intended Use / Intended User**
Intended Use:   The Intended User of this appraisal report is the client. The Intended Use is to evaluate the property that is the subject of this appraisal, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and Definition of Market Value. No additional Intended Users are identified by the appraiser.
Intended User(s):   Emerita Rivera

**History of Property**
Current listing information:   The subject properly is not currently listed on MLS system.
Appraiser was not presented a sales contract for review.

Prior sale:   The subject property was last transferred on April 8, 2007 in the amount of $269,000 (DEE)

**Exposure Time / Marketing Time**
Marketing and exposure time are each estimated to be approximately more than 6 months.

**Personal (non-realty) Transfers**
None

**Additional Comments**

SCOPE OF WORK
The scope of work in this assignment include a personal inspection of the subject property, reviewing public record information concerning the subject and other properties in its immediate neighborhood. All sales used in comparison to the subject were personally inspected (exterior only, unless otherwise noted) by the appraiser, and were photographed by either the appraiser or someone under his direction.
The scope of work for this assignment also included developing an opinion of value for the subject using the sales comparison approach. Cost new is based on information obtained from Marshall & Swift Residential Cost Handbook, as well as from local builders.Sources used in obtaining sale information include: public records, real estate sales data published by Broward County property appraisers office, MLS data, other appraisers, local real estate sales agents, and field inspections. Market data gathered include sales and listings of properties similar to the subject.The appraiser has made a sketch of the improvements taken from the measurements of the exterior of the building. Sales of similar properties that have occurred over the past six months were researched in the subject area. Of the researched sales, the ones considered to be most similar were used in the sales comparison approach because of; proximity to the subject, size, design, and quality of construction.
The appraisal problem did not warrant an intensive highest and best use study. Given the nature of the subject real estate, my conclusion was based on logic and observed evidence. Sales comparison approaches to value have been considered in arriving at an opinion of value.  The sales comparison is given preference, based on the actions demonstrated by buyers and sellers in the market place.
All electrical, plumbing and mechanical systems are assumed to be in working order.
Our inspection of the property is limited to a cursory overview for valuation purposes only.

DIGITAL SIGNATURE COMMENT
Roberto Sanchez employs the use of digital signatures.  These signatures are passcode protected for authenticity, and once applied to the appraisal report will prevent any alteration to the report.

**Certification Supplement**
1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | |
|---|---|
| Appraiser:  Roberto Sanchez | Supervisory Appraiser: |
| Signed Date:  08/25/2015 | Signed Date: |
| Certification or License #:  RD7707 | Certification or License #: |
| Certification or License State:  FL   Expires:  11/30/2016 | Certification or License State:   Expires: |
| Effective Date of Appraisal:  July 30, 2015 | Inspection of Subject:  ☐ Did Not   ☐ Exterior Only   ☒ Interior and Exterior |

Form FUA_LG2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute

the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation.  If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report.  I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have not previously appraised this property within the last 3 yearsI.  I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report.  I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them.  I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report.  I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 736 NW 49th St, Miami, FL 33127

**APPRAISER:**
Signature:
Name: Roberto Sanchez
Date Signed: 08/25/2015
State Certification #: RD7707
or State License #:
State: FL
Expiration Date of Certification or License: 11/30/2016

**SUPERVISORY APPRAISER (only if required):**
Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☒ Did    ☐ Did Not Inspect Property

# Assumptions, Limiting Conditions & Scope of Work

File No.: RS1507018

| | | | |
|---|---|---|---|
| Property Address: 736 NW 49th St | City: Miami | State: FL | Zip Code: 33127 |
| Client: Emerita Rivera | Address: 736 NW 49 Street, Miami, Fl 33127 | | |
| Appraiser: Roberto Sanchez | Address: 9932 SW 16 Street, Pembroke Pines, FL 33025 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# Certifications

File No.: RS1507018

| | |
|---|---|
| Property Address: 736 NW 49th St | City: Miami  State: FL  Zip Code: 33127 |
| Client: Emerita Rivera | Address: 736 NW 49 Street, Miami, Fl 33127 |
| Appraiser: Roberto Sanchez | Address: 9932 SW 16 Street, Pembroke Pines, FL 33025 |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**
I have not appraised this property within the past three years.

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,    FRS, an

| Client Contact: Nataly | Client Name: Emerita Rivera |
|---|---|
| E-Mail: nvalle@bankruptcyclinic.com | Address: 736 NW 49 Street, Miami, Fl 33127 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *[signature]* | |
| Appraiser Name: Roberto Sanchez | Supervisory or Co-Appraiser Name: |
| Company: TKJ Associates / Appraisal Services | Company: |
| Phone: (954) 534-4548  Fax: | Phone:  Fax: |
| E-Mail: robert@tkjappraisals.com | E-Mail: |
| Date Report Signed: 08/25/2015 | Date Report Signed: |
| License or Certification #: RD7707  State: FL | License or Certification #:  State: |
| Designation: State Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 11/30/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: July 30, 2015 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                   3/2007



# Building Sketch

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | | | | | | | |
| Property Address | 736 NW 49th St | | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33127 |
| Lender/Client | | | | | | | |

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| **Living Area** | | **Calculation Details** |
|---|---|---|
| First Floor | 1668 Sq ft | 8 × 14 = 112<br>46 × 27 = 1242<br>6 × 8 = 48<br>13 × 20 = 260<br>6 × 1 = 6 |
| **Total Living Area (Rounded):** | **1668 Sq ft** | |
| **Non-living Area** | | |
| Concrete Patio | 240 Sq ft | 12 × 20 = 240 |
| Concrete Patio | 64 Sq ft | 8 × 8 = 64 |
| Second Floor | 80 Sq ft | 10 × 8 = 80 |

## Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | | | | | | |
| Property Address | 736 NW 49th St | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33127 |
| Lender/Client | | | | | | |



### Subject Front

736 NW 49th St
Sales Price    N/A
G.L.A.         1,668
Tot. Rooms     6
Tot. Bedrms.   3
Tot. Bathrms.  2
Location       Interior
View           Residential
Site           5,000 Sq.ft.
Quality        CBS / Shingle
Age            51



### Subject Rear



### Subject Street

Form PIC4X6.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 736 NW 49th St |
| City | Miami    County Miami-Dade    State FL    Zip Code 33127 |
| Lender/Client | |



### Subject Kitchen

736 NW 49th St
Sales Price    N/A
G.L.A.    1,668
Tot. Rooms    6
Tot. Bedrms.    3
Tot. Bathrms.    2
Location    Interior
View    Residential
Site    5,000 Sq.ft.
Quality    CBS / Shingle
Age    51



### Subject Living Area



### Subject Bathroom

Form PIC4X6.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photograph Addendum

| | | | |
|---|---|---|---|
| Borrower | | | |
| Property Address | 736 NW 49th St | | |
| City  Miami | County  Miami-Dade | State  FL | Zip Code  33127 |
| Lender/Client | | | |





## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower | | | | | |
| Property Address | 736 NW 49th St | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33127 |
| Lender/Client | | | | | |



### Comparable 1
560 NW 47th Ter
Proximity 0.25 miles SE
Sale Price 212,000
GLA 1,753
Total Rooms 5
Total Bedrms 3
Total Bathrms 2
Location Interior
View Residential
Site 5,000 Sq.ft.
Quality CBS / Shingle
Age 51 Years



### Comparable 2
575 NW 45th St
Proximity 0.31 miles SE
Sale Price 189,000
GLA 1,599
Total Rooms 7
Total Bedrms 3
Total Bathrms 2
Location Interior
View Residential
Site 8,175 Sq.ft.
Quality CBS / Shingle
Age 80 Years

### Comparable 3
36 NW 46th St
Proximity 0.79 miles E
Sale Price 190,000
GLA 1,511
Total Rooms 5
Total Bedrms 2
Total Bathrms 1
Location Interior
View Residential
Site 5,450Sq.ft.
Quality CBS / Shingle
Age 79 Years

## Location Map

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 736 NW 49th St | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33127 |
| Lender/Client | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

