UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In re:**

**Emerita Rivera**                                                      Case No.: 15-bk-26323-RAM
       **Debtor(s).**
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Damian Waldman, Esq., and Law Offices of Damian G. Waldman, P.A. attorneys for Secured Creditor, Trojan Capital Investments, LLC, and hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

DAMIAN WALDMAN, ESQ.
**Law Offices of Damian G. Waldman, P.A.**
Attorneys for Secured Creditor
14010 Roosevelt Blvd., Suite 701
Clearwater, FL 33762
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: service@dwaldmanlaw.com
Email 2: damian@dwaldmanlaw.com
Email 3: bankruptcy@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2015, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

Trogan Capital Investments, LLC
c/o Damian Waldman, Esq.
Law Office of Damian G. Waldman, P.A.
14010 Roosevelt Blvd Ste. 701
Clearwater, FL 33762
bankruptcy@dwaldmanlaw.com
damian@dwaldmanlaw.com
service@dwaldmanlaw.com

Emerita Rivera
c/o Robert Sanchez
355 West 49th Street
Hialeah, FL 33012
court@bankruptcyclinic.com

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027
e2c8f01@ch13herkert.com

Ocwen Loan Servicing, LLC
c/o Seth J Greenhill
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
sgreenhill@rasflaw.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

    **Law Offices of Damian G. Waldman, P.A.**
    14010 Roosevelt Blvd., Ste. 701
    Clearwater, FL 33762
    Telephone: (727) 538-4160
    Facsimile: (727) 240-4972
    Email:**bankruptcy@dwaldmanlaw.com**
    Attorneys for Secured Creditor

    By:      /s/ Damian Waldman, Esq.
    Damian Waldman, Esq.
    Florida Bar No.: 0090502