UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In re:**

**Emerita Rivera**                                             Case No.: 15-bk-26323-RAM
     **Debtor(s).**
_____/

## TROJAN CAPITAL INVESTMENT, LLC'S MOTION TO CONTINUE PRELIMINARY HEARING

**COMES NOW**, Damian Waldman, Esq., and Law Offices of Damian G. Waldman, P.A. attorneys for Secured Creditor, Trojan Capital Investments, LLC, and hereby moves to Continue the Preliminary Hearing set on Debtor's Motion to Value and as grounds thereof state the following:

1. The undersigned counsel was just recently retained to handle this matter on behalf of the Secured Creditor.

2. To assist the Court in valuing the real property that is subject to the Debtor's Motion to Value, we wish to obtain an appraisal of the subject real property to determine the secured status of said property.

3. We anticipate being able to secure an appraisal within sixty (60) days.

4. Debtor will not be prejudiced by allowing this continuance while the Secured Creditor may be prejudiced if the preliminary hearing is allowed to go forward.

5. This motion is not filed for the purpose of undue delay or harassment, but to ensure that justice is done for all parties.

WHEREFORE, Trojan Capital Investments, LLC, requests that the Court continue the Preliminary Hearing to a date on or after January 3, 2016, and any other relief deemed just and equitable under the premises

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2015, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

Trogan Capital Investments, LLC
c/o Damian Waldman, Esq.
Law Office of Damian G. Waldman, P.A.
14010 Roosevelt Blvd Ste. 701
Clearwater, FL 33762
service@dwaldmanlaw.com

Emerita Rivera
c/o Robert Sanchez
355 West 49th Street
Hialeah, FL 33012
court@bankruptcyclinic.com

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027
e2c8f01@ch13herkert.com

Ocwen Loan Servicing, LLC
c/o Seth J Greenhill
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
sgreenhill@rasflaw.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

**Law Offices of Damian G. Waldman, P.A.**
14010 Roosevelt Blvd., Ste. 701
Clearwater, FL 33762
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email:**damian@dwaldmanlaw.com**
Attorneys for Secured Creditor

By:       /s/ Damian Waldman, Esq.
Damian Waldman, Esq.
Florida Bar No.: 0090502