ORDERED in the Southern District of Florida on  Nov. 3, 2015



_____
Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Emerita Rivera                                                   Case No.: 15-bk-26323-RAM
    Debtor(s).
_____/

### ORDER GRANTING TROJAN CAPITAL INVESTMENT, LLC'S
### MOTION TO CONTINUE PRELIMINARY HEARING

THIS CASE came to be heard on Trojan Capital Investment, LLC's Motion to Continue Preliminary Hearing (Doc [24] the "Motion"). The Court, having considered the record in this case, and being duly advised in the premises, it is:

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Preliminary Hearing shall be continued to December 8, 2015 at 9:00 a.m (non-evidentiary), at C. Clyde Atkins U.S. Courthouse, 301 North Miami Ave.; Courtroom 4, Miami, FL 33128.

Submitted By:
Damian G. Waldman, Esquire

Address: 14010 Roosevelt Boulevard, Suite 701
Clearwater, FL 33762
Phone: 727-538-4160

Attorney Damian G. Waldman, Esquire is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.