

**ORDERED in the Southern District of Florida on December 9, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Emerita Rivera                              Case No: 15-26323-RAM

                                                     Chapter 13

_____Debtors_____/

### ORDER CONTINUING MOTION TO VALUE AND SETTING DEADLINES ECF #19

This case came on to be heard on December 8, 2015 on the motion to value [ECF #19] and based on the record, it is

ORDERED as follows;

1.   That Motion to Value is continued to January 12, 2016 at 9:00 am in Courtroom 4, 301 North Miami Avenue, Miami, FL 33128.

2. That the Debtor(s) will provide the Creditor a copy of their appraisal or valuation support within 7 Days after the date of the first hearing set on this matter unless the documentation was attached to the motion or served on the Creditor prior to the first hearing.

3. That the Debtor(s) will make the collateral available for inspection and appraisal to the Creditor within 21 Days of the date of the first hearing set on this matter at a mutually agreed upon time and date.

4. The Creditor will provide a copy of its appraisal to the Debtor or the attorney for the Debtor at least 7 days prior to the continued hearing.

5. If either party wishes to raise any legal issue regarding the motion, they shall file a notice or objection with a brief summary of the issue prior to the continued hearing unless a written objection to the motion to value or objection to confirmation setting forth the legal issue is already on docket.

###

Copies furnished to:

*The law office of Robert Sanchez shall serve a copy of this order on all interested parties and file a certificate of service with the clerk of the court.*