UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 15-26323-RAM
                                                                      Chapter 13

      Emerita Rivera
_____Debtor(s)/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of Order Continuing Confirmation Hearing [35] was sent to all interested parties on December 18, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Emerita Rivera
736 NW 49th Street
Miami, FL 33127-2332

All creditors on the attached creditor matrix.

      Respectfully Submitted:

      **ROBERT SANCHEZ, P.A.**
      Attorney for Debtor
      355 West 49th Street
      Hialeah, FL 33012
      Tel. 305-687-8008

      By:*/s/ Robert Sanchez*_____
      Robert Sanchez, Esq., FBN#0442161

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

Bk Of Amer
Po Box 982235
El Paso, TX 79998

BSI
POB 517
Titusville, PA 16354

BSI Financial Services
314 S Franklin Street
Titusville, PA 16354-2168

Cap One
Po Box 5253
Carol Stream, IL 60197

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
Po Box 6189
Sioux Falls, SD 57117

Cbna
Po Box 6283
Sioux Falls, SD 57117

Cbna
Po Box 6497
Sioux Falls, SD 57117

DTA Sollutions, LLC
9428 Baymeadows Road
Suite 260
Jacksonville, FL 32256

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

National City Bank
1 Financial Pkwy
Kalamazoo, MI 49009

Ocwen Loan Servicing LLC
12650 Ingenuity Dr
Orlando, FL 32826

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009

Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896

Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896

Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896

Syncb/Care Credit
C/O Po Box 965036
Orlando, FL 32896

Syncb/City Furniture
C/O Po Box 965036
Orlando, FL 32896

Syncb/Gap
Po Box 965005
Orlando, FL 32896

Syncb/Old Navy
Po Box 965005
Orlando, FL 32896

Td Bank Usa/Targetcred
Po Box 673
Minneapolis, MN 55440

Trojan Capital Investments
2618 San Miguel Drive
Suite 316
Newport Beach, CA 92660

Trojan Capital Investments
2618 San Miguel Drive
Suite 316
Newport Beach, CA 92660

Wffnatbank
Po Box 94498
Las Vegas, NV 89193

Wffnatbank
Po Box 94498
Las Vegas, NV 89193