UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Emerita Rivera  Case No: 15-26323-RAM
 Chapter 13
         Debtor        /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on December 18, 2015 as follows:

Electronically: Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Emerita Rivera
736 NW 49th Street
Miami, FL 33127-2332

Trojan Capital Investments, llc
c/o Capital Administrations LLC, R.A.
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

Trojan Capital Investments, LLC
c/o Incorp Services, Inc.
2618 San Miguel Dr., Ste 316
Newport Beach, CA 92660

Trojan Capital Investments, LLC
2618 San Miguel, Ste. 303,
Newport Beach, CA 92660

Trojan Capital Investments, LLC
c/o Eugene & Nicolette Troy
8610 N Kelly Ct,
Spokane, WA 99208

Trojan Capital Investments, LLC
1712 PIONEER AVE STE 5333
CHEYENNE WY 82001

Trojan Capital Investments, LLC
c/o Eugene & Nicolette Troy
9138 Arlon St.,
Anchorage, AK 99507

PNC Bank, National Association .
c/o James Rohr, CEO
1 PNC Plaza,
Pittsburgh, PA 15222

Trojan Capital Investments, LLC
DAMIAN WALDMAN, ESQ.
Law Offices of Damian G. Waldman, P.A.
14010 Roosevelt Blvd., Suite 701
Clearwater, FL 33762
service@dwaldmanlaw.com

    Respectfully Submitted:
    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008
    By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161