**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Emerita Rivera                    Case No. 15-26323-RAM
                                         Chapter 13

_____Debtor_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

   This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

   If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

   If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

   The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐ 301 North Miami Avenue, Room 150, Miami, FL 33128

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 5 | Deutsche Bank National Trust Company / Ocwen | $ 210,621.06 |

Basis for Objection and Recommended Disposition
On or about March 18, 2016, Creditor filed a secured proof of claim in the amount of $210,621.06 and an arrearage in the amount of $217.80. The last day for a creditor to file a claim was on January 14, 2016. Debtor moves to strike and disallow the claim as a late filed claim and, as per the confirmed plan, the Creditor is to be paid direct and outside the plan.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed on <u>March 29, 2016</u> to:

Ocwen Loan Servicing, LLC
c/o William Erbey, Mgr.
2002 Summit Boulevard, 6th Floor
Atlanta, GA 32301

Ocwen Loan Servicing, LLC
c/o Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ocwen Loan Servicing, LLC
c/o Ronald M. Faris, CEO
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
c/o  Aaron Friedlander, Contract Mgmt Coordinator
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
affidavits@ocwen.com

Deutsche Bank National Trust Co.
c/o Eric Smith, CFO
60 Wall Street
NYC60-4006
New York, NY 10005

Deutsche Bank National Trust Co.
c/o Jacques Brand, Director
60 Wall Street
NYC60-4006
New York, NY 10005

Ocwen Loan Servicing, LLC
c/o  Aaron Friedlander, Contract Mgmt Coordinator
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
      [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).