**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                 CASE NO.: 15-26323-RAM
                                                                       CHAPTER 13

**Emerita Rivera**
**aka Emerita Rivera Vallecillo**
**aka Emerita A. Rivera,**

      **Debtor.**
_____/


## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM OF OCWEN LOAN SERVICING, LLC

**COMES NOW,** Ocwen Loan Servicing, LLC, as servicer for Deutsche bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2007-AR11, Mortgage Pass-Through Certificates Series 2007-AR11 ("Creditor"), by and through its undersigned counsel, files its Response to Debtor's Objection to Claim of Ocwen Loan Servicing, LLC (DE # 45), and in support thereof, states as follows:

1.  Debtor, Emerita Rivera aka Emerita Rivera Vallecillo aka Emerita A. Rivera filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 11, 2015.

2.  Creditor holds a security interest in the Debtor's real property, located at 736 NW 49 Street, Miami, FL 33127.

3.  On or about March 18, 2016, Creditor filed its Proof of Claim (Claim No. 5-1) in this case, which claimed, among other things, a total secured claim of $210,621.06.

4.  Debtor's Chapter 13 Plan (DE #2) indicates that Debtor will be paying Creditor through the plan.

5.  Debtor's Objection to Claim seeks to strike and disallow the claim as a late filed claim.

6.  Creditor agrees that the claim should be stricken as Creditor's loan is being paid outside of the Chapter 13 Plan, and that Creditor's claim be allowed should any further modifications to the Plan be made altering Creditor's treatment.

**WHEREFORE**, Creditor requests that this Court strike and allow Creditor's Proof of Claim, so as to preserve Creditor's Claim should any further modifications to Debtor's Plan alter Creditor's treatment, and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first-class postage prepaid, to the below mailing list on this 1st day of April, 2016.

Respectfully Submitted,

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/Sheereen Middleton
Sheereen Middleton, Esq.
FL Bar No.: 115771
Communication Email: smiddleton@rasflaw.com

**MAILING LIST**

Emerita Rivera
736 NW 49th Street
Miami, FL 33127

Robert Sanchez, Esq.
355 W. 49th Street
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130