

## ORDERED in the Southern District of Florida on May 6, 2016.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re: Emerita Rivera                    Case No. 15-26323-RAM
                                          Chapter 13

_____Debtor_____/

## AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY / OCWEN LOAN SERVICING, LLC

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of DEUTSCHE BANK NATIONAL TRUST COMPANY / OCWEN LOAN SERVICING, LLC [DE #__45__], the Creditor agreeing to the resolution in this Agreed Order, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *DEUTSCHE BANK NATIONAL TRUST COMPANY / OCWEN LOAN SERVICING, LLC* | 5 | *Allow the claim as filed with no distribution from the chapter 13 Trustee.* |

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).